# CANDICE D. AIKEN, P.C.

3265 JOHNSON AVENUE, STE. 207
RIVERDALE, NEW YORK 10463
Telephone  347.843.6161
Telecopier  347.843.6162

cdaikenpc@gmail.com

February 21, 2015

<u>Via Electronic Filing\Mail</u>
The Honorable Kenneth M. Karas
The Hon. Charles L. Brieant Jr. Federal
Building and United States Courthouse
300 Quarropas Street, Courtroom 521
White Plains, New York 10601

     Re:    AMTO, LLC v. Bedford Asset Management LLC
     Case:  7:14-cv-09913 (KMK)

<u>Response to Letter Motion</u>

Dear Justice Karas,

We represent plaintiff AMTO LLC in this action.

This letter is being submitted in response to the February 16, 2015 letter of defendant Bedford Asset Management, LLC's counsel requesting a pre-motion conference regarding its proposed motion for an order authorizing substituted service on Third-Party Defendant Ivan Kuznetsov.

Plaintiff advises that it takes no position on Defendant's request.

    Respectfully Submitted,

    /s/Candice D. Aiken
    Candice D. Aiken

cc:    D.F. McGuire & Associates, LLC