UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------------X

AMTO, LLC,

Plaintiff,

-against-

BEDFORD ASSET MANAGEMENT, LLC,

Defendant.

---

BEDFORD ASSET MANAGEMENT, LLC,

Third-Party Plaintiff,

-against-

ENERGOKOM, LLC and IVAN KUZNETSOV,

Third-Party Defendants.

--------------------------------------------------------------------------------X

Civil Action No.

7:14-CV-09913

**DECLARATION OF IVAN KUZNETSOV**

IVAN KUZNETSOV, under penalty of perjury, deposes and says:

1. I am a Third-Party Defendant in this matterand make this declaration in further support of the motion of Energokom and Ivan Kuznetsov (collectively, "Third-Party Defendants"), for the relief requested in the Notice of Motion.

2. At the time the Initial Complaint was filed, I was entirely unaware that Bedford intended to acquire the rights to the Tomkins Loan from UNIX.

3. By letter dated October 15, 2012, more than a month after AMTO demanded payment of the Bedford Loans, Bedford first demanded payment on the Tomkins Loan from Energokom (attached as Exhibit E to the Declaration of Alexander Altman).

4. The October 15, 2012 letter, Exhibit E to the Declaration of Alexander Altman, was the first notice by Bedford that it had acquired the rights to the Tomkins Loan from UNIX.

5. Energokom and I seek an order, pursuant to Fed. R. Civ. P. 9(b), 12(b)(3) and 12(b)(6), dismissing the Third-Party Complaint for failure to state a claim. *See* Third-Party Defendants' accompanying Memorandum of Law.

6. Should the Court deny Third-Party Defendants' motion to dismiss the Third-Party Complaint for failure to state a claim, Energokom and I seek an order, pursuant to Fed. R. Civ. P. 56, to grant summary judgment to Third-Party Defendants and against Third-Party Plaintiffs.

WHEREFORE, this motion should be granted in its entirety.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on this 14 day of September, 2015.

Ivan Kuznetsov